*Law Office of*
PHILIP KIMBLE, P.C.
*Post Office Box 13288*
*Tucson, Arizona 85732*
*(520) 404-6144*
*pmtkimble@gmail.com*
*Arizona Bar Number: 009741*

Attorney for Plaintiff Lori Ann Fauver

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Lori Ann Fauver, | ) | |
| | ) | No. |
| Plaintiff, | ) | |
| | ) | COMPLAINT |
| vs. | ) | |
| | ) | Federal Tort Claim, |
| United States of America, | ) | 28 U.S.C. §2674 |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff, Lori Ann Fauver, for her complaint against Defendant alleges:

JURISDICTION

1.    This is a claim for damages pursuant to the Federal Tort Claims Act, 28 U.S.C. §2674, for wrongful imprisonment arising from Defendant, through the Federal Bureau of Prisons, failing and refusing to release Plaintiff and continuing to imprison her after her earned release date.

2.    A claim for damages was made to the Federal Bureau of Prisons to which no

1

response has been received, more than six months having passed since the claim was made.

3.     This Court has jurisdiction of this matter pursuant to 28 U.S.C. §1331, 28 U.S.C. §1346(b). Fed.R.Civ.P. Rule 8(a)(1).

PARTIES

4.     Plaintiff is and at all times relevant to this complaint was a resident of the state of Arizona. She currently resides in Pima County, Arizona.

5.      Defendant took the actions alleged in this complaint through its agency the Federal Bureau of Prisons.

CAUSE OF ACTION

6.     On August 25, 2017, Plaintiff was sentenced in U.S. District Court (Arizona) Cause Number CR 15-2266-TUC-RCC (LCK) to 18 months in the custody of the Federal Bureau of Prisons ("BOP") (register number 27194-408) with credit for time served.

7.     Plaintiff was committed to BOP on June 21, 2022, following the completion of a sentence with the Arizona Department of Corrections.

8.     BOP incorrectly calculated the credit for time previously served and failed to properly credit sentence reductions to which Plaintiff was entitled pursuant to 18 USC §3624(a)(1) and 18 USC § 3632(d)(4)A)(i) and 28 CFR 523.42(c)(1).

9.     During the entire period of incarceration by BOP Plaintiff was enrolled in

and/or successfully participated in BOP programs that earned Defendant sentence reductions.

10. On May 1, 2023, in response to BOP's failure correctly to credit Plaintiff with the time previously served, the District Court issued an Amended Judgment ordering 160 days of credit for time served.

11. Pursuant to 18 USC §3624(a)(1) Plaintiff was entitled to 81 days of good time credit.

12. Pursuant to 18 USC § 3632(d)(4)A)(i) and 28 CFR 523.42(c)(1), Plaintiff earned ten days credit for each 30 days served and, accordingly, was entitled to 60 additional days First Step Act credit.

13. Additionally, because Plaintiff met the requirements of 18 USC § 3632(d)(4)A)(ii), she was entitled to five additional days credit for each 30 days served and, accordingly, was entitled to a further 30 days First Step Act credit.

14. With the credit for time served Plaintiff was entitled to 301 days of sentence reduction and should have been released 247 days after her incarceration, which would have been January 24, 2023. Instead, Plaintiff was not released until May 19, 2023, 116 days beyond the date she should have been released.

15. Plaintiff is entitled to compensation for Defendant wrongfully imprisoning her beyond her legal release date.

1

## PRAYER FOR RELIEF

2

    WHEREFORE, Plaintiff demands judgment against Defendant:

3

4    1.    For damages in the amount of $250,000;

5    2.    For Plaintiff's costs of this action;

6

7    3.    For such other and further relief as may be proper.

8    4.

9                Dated: February 24, 2025

10

11                s/*Philip Kimble*

12                Philip Kimble
                    Attorney for Plaintiff Lori Ann Fauver

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28